JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BAUTISTA,<br><br>        Plaintiff,<br><br>  v.<br><br>RECONTRUST COMPANY, DOE 1, and DOES 2-50, inclusive,<br><br>        Defendants. | Case No. EDCV 08-1619-VAP (AJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated: January 14, 2009

                                        VIRGINIA A. PHILLIPS
                                    United States District Judge